UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80109-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    **O R D E R**

MARCUS MALONE MARTIN,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Marcus Malone Martin's Motion To Reduce Sentence (DE 112).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court notes that Defendant was sentenced as a career offender under § 4B1.1(b) of the United States Sentencing Guidelines, and is thus ineligible for a reduction of his sentence.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Marcus Malone Martin's Motion To Reduce Sentence (DE 112) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of August, 2008.

                                WILLIAM J. ZLOCH
                                United States District Judge

Copies furnished:

All Counsel of Record

Marcus Malone Martin, pro se
Reg. No. 56990-004
FCI - Lewisburg
P.O. Box 1000
Lewisburg, PA 17837